# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                      §
                                            §
MAHIDA, NARENDRA                            §          Case No. 10-16237
MAHIDA, JAYSHREE                            §
                                            §
                    Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                   . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $            , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Phillip D. Levey_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 10-16237 | CAD | Judge: CAROL A. DOYLE |
| --- | --- | --- | --- |

Case Name:   MAHIDA, NARENDRA

MAHIDA, JAYSHREE

For Period Ending:  03/15/13

Trustee Name:   Phillip D. Levey

Date Filed (f) or Converted (c):   04/13/10 (f)

341(a) Meeting Date:   05/28/10

Claims Bar Date:   10/07/10

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 543 Maple Drive, Streamwood, IL 60107 | 254,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. 5617 Court Leona, Hanover Park, IL 60133 | 80,000.00 | 1,604.00 | | 0.00 | FA |
| 3. 5507 Court C, Hanover Park, IL 60133 | 80,000.00 | 13,000.00 | | 0.00 | FA |
| 4. Checking account with Chase | 763.00 | 4.00 | | 0.00 | FA |
| 5. Savings account with Chase Debtor's Unemployment I | 2,506.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Checking account with Bank of America | 600.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Checking account with Bank of America | 700.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Ameritrade - stock account | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 9. First Midwest Bank | 0.00 | 0.00 | | 0.00 | FA |
| 10. TCF Bank | 1,000.00 | 559.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. misc used household goods | 900.00 | 400.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. used clothing | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Jewelry | 3,500.00 | 1,500.00 | | 0.00 | FA |
| 14. ira | 8,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. expecting tax refund | 6,000.00 | 6,632.00 | | 6,632.00 | FA |
| 16. 2004 ford mercury mountaineer with 80k miles | 5,250.00 | 450.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit A

| Case No: | 10-16237    CAD    Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | MAHIDA, NARENDRA | Date Filed (f) or Converted (c): | 04/13/10 (f) |
| | MAHIDA, JAYSHREE | 341(a) Meeting Date: | 05/28/10 |
| | | Claims Bar Date: | 10/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. 1999 Mercury Mountaneer | 1,175.00 | 1,175.00 | | 0.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.13 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $446,894.00 | $26,924.00 | | $6,634.13 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 08/31/12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-16237  -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | MAHIDA, NARENDRA | Bank Name: | ASSOCIATED BANK |
| | MAHIDA, JAYSHREE | Account Number / CD #: | *******2812  Checking |
| Taxpayer ID No: | *******5398 | | |
| For Period Ending: | 03/15/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 6,538.12 | | 6,538.12 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.03 | 6,534.09 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.16 | 6,529.93 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.03 | 6,525.90 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.16 | 6,521.74 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,511.74 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 5.49 | 6,506.25 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,496.25 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 6,538.12 | 41.87 | 6,496.25 |
| Less:  Bank Transfers/CD's | 6,538.12 | 0.00 | |
| Subtotal | 0.00 | 41.87 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 41.87 | |

Page Subtotals           6,538.12           41.87

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-16237  -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | MAHIDA, NARENDRA | | Bank Name: | BANK OF AMERICA |
| | MAHIDA, JAYSHREE | | Account Number / CD #: | *******5562  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5398 | | | |
| For Period Ending: | 03/15/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/10 | 15 | Jayshree Mahida | Tax Refund | 1124-000 | 6,632.00 | | 6,632.00 |
| 07/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.10 | | 6,632.10 |
| 08/31/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,632.27 |
| 09/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,632.43 |
| 10/29/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,632.60 |
| 11/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,632.76 |
| 12/31/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,632.93 |
| 01/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,633.10 |
| 02/28/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.15 |
| 03/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,633.21 |
| 04/29/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.26 |
| 05/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,633.32 |
| 06/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.37 |
| 07/29/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.42 |
| 08/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,633.48 |
| 09/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.53 |
| 10/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,633.59 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.45 | 6,625.14 |
| 11/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,625.19 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.17 | 6,617.02 |
| 12/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,617.07 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.16 | 6,608.91 |
| 01/31/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,608.97 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.67 | 6,600.30 |
| 02/29/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,600.35 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.84 | 6,592.51 |
| 03/30/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,592.56 |

| | | | Page Subtotals | | 6,633.85 | 41.29 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

Page:    3

Exhibit B

| Case No: | 10-16237  -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | MAHIDA, NARENDRA | | Bank Name: | BANK OF AMERICA |
| | MAHIDA, JAYSHREE | | Account Number / CD #: | *******5562  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5398 | | | |
| For Period Ending: | 03/15/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.11 | 6,584.45 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 5.72 | 6,578.73 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,578.79 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.36 | 6,570.43 |
| 05/31/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,570.49 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.35 | 6,562.14 |
| 06/29/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,562.19 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.80 | 6,554.39 |
| 07/31/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,554.45 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.60 | 6,545.85 |
| 08/30/12 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,545.90 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 7.78 | 6,538.12 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,538.12 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | 6,634.13 | 6,634.13 | | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,538.12 | | |
| Subtotal | 6,634.13 | 96.01 | | |
| Less:  Payments to Debtors | | 0.00 | | |
| Net | 6,634.13 | 96.01 | | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - *******2812 | 0.00 | 41.87 | 6,496.25 |
| Money Market Account (Interest Earn - *******5562 | 6,634.13 | 96.01 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,634.13 | 137.88 | 6,496.25 |

Page Subtotals           0.28           6,592.84

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Ver: 17.01

Page:    4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-16237 -CAD |
| Case Name: | MAHIDA, NARENDRA |
| | MAHIDA, JAYSHREE |
| Taxpayer ID No: | *******5398 |
| For Period Ending: | 03/15/13 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5562  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============= (Excludes Account Transfers) | ============= (Excludes Payments To Debtors) | ============= Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.01

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-16237
Case Name: MAHIDA, NARENDRA
          MAHIDA, JAYSHREE
Trustee Name: Phillip D. Levey

      Balance on hand                               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses    $_____

     Remaining Balance                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | village of hanover park | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Fifth Third Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000007 | Capital One, N.A. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE