# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re: § 
§ 
MAHIDA, NARENDRA § Case No. 10-16237 
MAHIDA, JAYSHREE § 
§ 
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/24/2013 in Courtroom 742,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: Kenneth S. Gardner _____
                                               Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAHIDA, NARENDRA | § | Case No. 10-16237 |
| MAHIDA, JAYSHREE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,634.13 |
| and approved disbursements of | $ | 137.88 |
| leaving a balance on hand of[1] | $ | 6,496.25 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,413.41 | $ 0.00 | $ 1,413.41 |
| Trustee Expenses: Phillip D. Levey | $ 7.26 | $ 0.00 | $ 7.26 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,420.67 |
| Remaining Balance | $ | 5,075.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,117.50  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,404.98 | $ 0.00 | $ 690.65 |
| 000002 | Discover Bank | $ 9,099.88 | $ 0.00 | $ 668.24 |
| 000003 | Discover Bank | $ 712.37 | $ 0.00 | $ 52.31 |
| 000004 | village of hanover park | $ 126.33 | $ 0.00 | $ 9.28 |
| 000005 | Chase Bank USA, N.A. | $ 35,035.94 | $ 0.00 | $ 2,572.83 |
| 000006 | Fifth Third Bank | $ 14,738.00 | $ 0.00 | $ 1,082.27 |

Total to be paid to timely general unsecured creditors          $          5,075.58

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 606.69  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Capital One, N.A. | $ 606.69 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                    Case No. 10-16237-CAD
Narendra Mahida                                           Chapter 7
Jayshree Mahida
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps          Page 1 of 2          Date Rcvd: Jun 24, 2013
                              Form ID: pdf006      Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2013.

```
db/jdb      +Narendra Mahida,   Jayshree Mahida,   543 Maple Drive,   Streamwood, IL 60107-3164
15407727    +Barclays Bank Delaware,   Attention:  Customer Support Department,   Po Box 8833,
             Wilmington, DE 19899-8833
15407728    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
19622560    +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
15407729    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15894210     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15407730    +Chase Mortgage,   10790 Rancho Bernardo Road,   San Diego, CA 92127-5705
15407731    +Chase Mtg,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
16058192    +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
15407726    +Fifth Third Bank Cc,   38 Fountain Square,   Cincinnati, OH 45263-0001
17045754    +HSBC Bank Nevada, N.A. (Menards),   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
15407735     Linebarger Goggan Blari and Sampson,   PO box 06152,   Chicago, IL 60606-0152
15407737    +Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
15407738    +Tressler LLP,   Suite 201,   PO Box 1158,   Bolingbrook, IL 60440-1085
15407739    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
             Cincinnati, OH 45201)
20354534    +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
             Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15407732     E-mail/Text: legalcollections@comed.com Jun 25 2013 02:35:50     Com Ed,   Bill Payment Center,
             Chicago, IL 60668-0001
15839222     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2013 02:50:08     Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15407733    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2013 02:50:08     Discover Fin,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
15407734    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2013 02:50:08     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
15407736     E-mail/Text: bankrup@aglresources.com Jun 25 2013 02:29:31     Nicor,   PO Box 310,
             Aurora, IL 60507-0310
15407740     E-mail/Text: ryoung@hpil.org Jun 25 2013 03:04:42     village of hanover park,
             2121 w. lake street,   Hanover Park, IL 60133-4398
                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                    **Signature:** _Joseph Speetjens_

District/off: 0752-1               User: wepps             Page 2 of 2             Date Rcvd: Jun 24, 2013
                                   Form ID: pdf006         Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2013 at the address(es) listed below:
          Christopher M Brown    on behalf of Creditor    Chase Home Finance LLC
           northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
          Joel P Fonferko    on behalf of Creditor    Chase Home Finance LLC ND-One@il.cslegal.com
          John P Carlin    on behalf of Joint Debtor Jayshree  Mahida jcarlin@changandcarlin.com,
           changcarlin@iamthewolf.com
          John P Carlin    on behalf of Debtor Narendra  Mahida jcarlin@changandcarlin.com,
           changcarlin@iamthewolf.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                                      TOTAL: 6