## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                        §
                                              §
MAHIDA, NARENDRA                              §        Case No. 10-16237
MAHIDA, JAYSHREE                              §
                                              §
                                              §
            Debtor(s)                         §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on    . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage 10790 Rancho Bernardo Road San Diego, CA 92127 | | | | | |
| | Chase Mtg 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5/3 Bank Cc 38 Fountain Square Cincinnati, OH 45263 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Linebarger Goggan Blari and Sampson PO box 06152 Chicago, IL 60606-0152 | | | | | |
| | Nicor PO Box 310 Aurora, IL 60507-0310 | | | | | |
| | Sherman Hospital 35134 Eagle Way Chicago, IL 60678 | | | | | |
| | Tressler LLP Suite 201 PO Box 1158 Bolingbrook, IL 60440 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | village of hanover park 2121 w. lake street Hanover Park, IL 60133-4398 | | | | | |
| 000006 | FIFTH THIRD BANK | | | | | |
| 000004 | VILLAGE OF HANOVER PARK | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 10-16237   CAD   Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MAHIDA, NARENDRA | Date Filed (f) or Converted (c): | 04/13/10 (f) |
| | MAHIDA, JAYSHREE | 341(a) Meeting Date: | 05/28/10 |
| For Period Ending: | 03/15/13 | Claims Bar Date: | 10/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 543 Maple Drive, Streamwood, IL 60107 | 254,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 2. 5617 Court Leona, Hanover Park, IL 60133 | 80,000.00 | 1,604.00 | | 0.00 | FA |
| 3. 5507 Court C, Hanover Park, IL 60133 | 80,000.00 | 13,000.00 | | 0.00 | FA |
| 4. Checking account with Chase | 763.00 | 4.00 | | 0.00 | FA |
| 5. Savings account with Chase Debtor's Unemployment I | 2,506.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. Checking account with Bank of America | 600.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. Checking account with Bank of America | 700.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. Ameritrade - stock account | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 9. First Midwest Bank | 0.00 | 0.00 | | 0.00 | FA |
| 10. TCF Bank | 1,000.00 | 559.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 11. misc used household goods | 900.00 | 400.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 12. used clothing | 400.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 13. Jewelry | 3,500.00 | 1,500.00 | | 0.00 | FA |
| 14. ira | 8,500.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 15. expecting tax refund | 6,000.00 | 6,632.00 | | 6,632.00 | FA |
| 16. 2004 ford mercury mountaineer with 80k miles | 5,250.00 | 450.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |

LFORM1

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-16237 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | MAHIDA, NARENDRA | | |
| | MAHIDA, JAYSHREE | | |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 04/13/10 (f) |
| 341(a) Meeting Date: | 05/28/10 |
| Claims Bar Date: | 10/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. 1999 Mercury Mountaneer | 1,175.00 | 1,175.00 | | 0.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.13 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $446,894.00 | $26,924.00 | | $6,634.13 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 08/31/12

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-16237 -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | MAHIDA, NARENDRA | Bank Name: | ASSOCIATED BANK |
| | MAHIDA, JAYSHREE | Account Number / CD #: | *******2812 Checking |
| Taxpayer ID No: | *******5398 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 6,538.12 | | 6,538.12 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.03 | 6,534.09 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.16 | 6,529.93 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.03 | 6,525.90 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.16 | 6,521.74 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,511.74 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 5.49 | 6,506.25 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,496.25 |
| 08/04/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,413.41 | 5,082.84 |
| 08/04/13 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 7.26 | 5,075.58 |
| 08/04/13 | 010004 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 7.34345% | 7100-900 | | 690.65 | 4,384.93 |
| 08/04/13 | 010005 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 7.34339% | 7100-900 | | 668.24 | 3,716.69 |
| 08/04/13 | 010006 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 7.34309% | 7100-900 | | 52.31 | 3,664.38 |

Page Subtotals 6,538.12 2,873.74

Ver: 17.03

FORM 2                                                                              Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| | |
|---|---|
| Case No: | 10-16237  -CAD |
| Case Name: | MAHIDA, NARENDRA |
| | MAHIDA, JAYSHREE |
| Taxpayer ID No: | *******5398 |
| For Period Ending: | 09/09/13 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2812  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/13 | 010007 | village of hanover park<br>2121 w. lake street<br>Hanover Park, IL 60133-4398 | Claim 000004, Payment 7.34584% | 7100-000 | | 9.28 | 3,655.10 |
| 08/04/13 | 010008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 7.34340% | 7100-900 | | 2,572.83 | 1,082.27 |
| 08/04/13 | 010009 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Claim 000006, Payment 7.34340% | 7100-000 | | 1,082.27 | 0.00 |

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 6,538.12 | 6,538.12 | 0.00 |
| Less:  Bank Transfers/CD's | 6,538.12 | 0.00 | |
| Subtotal | 0.00 | 6,538.12 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,538.12 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 3,664.38 |

Ver: 17.03

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-16237 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MAHIDA, NARENDRA | Bank Name: | BANK OF AMERICA |
| | MAHIDA, JAYSHREE | Account Number / CD #: | *******5562  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5398 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/10 | 15 | Jayshree Mahida | Tax Refund | 1124-000 | 6,632.00 | | 6,632.00 |
| 07/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.10 | | 6,632.10 |
| 08/31/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,632.27 |
| 09/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,632.43 |
| 10/29/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,632.60 |
| 11/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,632.76 |
| 12/31/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,632.93 |
| 01/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,633.10 |
| 02/28/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.15 |
| 03/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,633.21 |
| 04/29/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.26 |
| 05/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,633.32 |
| 06/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.37 |
| 07/29/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.42 |
| 08/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,633.48 |
| 09/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,633.53 |
| 10/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,633.59 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.45 | 6,625.14 |
| 11/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,625.19 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.17 | 6,617.02 |
| 12/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,617.07 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.16 | 6,608.91 |
| 01/31/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,608.97 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.67 | 6,600.30 |
| 02/29/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,600.35 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.84 | 6,592.51 |
| 03/30/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,592.56 |

| | | | | Page Subtotals | 6,633.85 | 41.29 | |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 10-16237  -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | MAHIDA, NARENDRA | Bank Name: | BANK OF AMERICA |
| | MAHIDA, JAYSHREE | Account Number / CD #: | *******5562  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5398 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.11 | 6,584.45 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 5.72 | 6,578.73 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,578.79 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.36 | 6,570.43 |
| 05/31/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,570.49 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.35 | 6,562.14 |
| 06/29/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,562.19 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.80 | 6,554.39 |
| 07/31/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,554.45 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.60 | 6,545.85 |
| 08/30/12 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,545.90 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 7.78 | 6,538.12 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,538.12 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 6,634.13 | 6,634.13 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 6,538.12 | |
| Subtotal | | 6,634.13 | 96.01 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 6,634.13 | 96.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2812 | 0.00 | 6,538.12 | 0.00 |
| Money Market Account (Interest Earn - ********5562 | 6,634.13 | 96.01 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,634.13 | 6,634.13 | 0.00 |
| Page Subtotals | 0.28 | 6,592.84 | |

Ver: 17.03

FORM 2

Page:    5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-16237  -CAD |
| Case Name: | MAHIDA, NARENDRA |
| | MAHIDA, JAYSHREE |
| Taxpayer ID No: | *******5398 |
| For Period Ending: | 09/09/13 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5562  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| Page Subtotals | | 0.00 | 0.00 |

Ver: 17.03